Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: cyrus.safa@rohlfinglaw.com

Leonard Stone
Attorney at Law:  5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702)385-2220
Fax:  (702)384-0394
E-mail: kshonfeld@shookandstone.com

Attorneys for Plaintiff
CAROLYN D. SCHOFIELD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN D. SCHOFIELD | Case No.:  2:16-cv-01044-JCM-GWF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Carolyn D. Schofield and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 45 days from October 27, 2016 to December 11, 2016 for Plaintiff to file her Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social

1  Security Cases extended accordingly. This is Plaintiff's first request for an
2  extension.
3      This request is made at the request of Plaintiff's counsel due to Plaintiff's Of
4  Counsel's mother's health declining this past month due to the new chemotherapy
5  regimen requiring counsel's time and attention which included a recent
6  hospitalization. Additional days were added to accommodate Defendant's counsel
7  schedule. Counsel sincerely apologizes to the court and its staff for any
8  inconvenience this may caused.

9  DATE: October 27, 2016          Respectfully submitted,
10                                 LAW OFFICES OF LAWRENCE D. ROHLFING
11                                         /s/ *Cyrus Safa*
12                             BY: _____
                                   Cyrus Safa
13                                 Attorney for plaintiff Ms. Carolyn D. Schofield
   Of Counsel:
14 Monica Perales
   Attorney at Law.
15

16

17 DATE:  October 27, 2016
                                   DANIEL G. BOGDEN
18                                 United States Attorney
                                   RICHARD M. RODRIGUEZ
19                                 Special Assistant United States Attorney

20                                       /s/ *Richard M. Rodriguez*
21                             BY: _____
                                   RICHARD M. RODRIGUEZ
22                                 Special Assistant United States Attorney
                                   Attorneys for defendant Carolyn W. Colvin
23                                 |*authorized by e-mail|

24 IT IS SO ORDERED:  _____
                                            *George Foley Jr.*
25                                 UNITED STATES MAGISTRATE JUDGE

26 DATED: October 28, 2016